NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ACACIA MEDIA TECHNOLOGIES CORPORATION

---

**ACACIA MEDIA TECHNOLOGIES CORPORATION,**
*Plaintiff-Appellant,*

v.

**MEDIACOM COMMUNICATIONS CORPORATION, BRESNAN COMMUNICATIONS LLC, and CEBRIDGE CONNECTIONS,**
*Defendants-Appellees,*

and

**HOSPITALITY NETWORK, INC. and COXCOM, INC.,**
*Defendants-Appellees,*

and

**CHARTER COMMUNICATIONS, INC.,**
*Defendant-Appellee,*

and

**THE DIRECTV GROUP, INC.,**
*Defendant-Appellee,*

and

**ECHOSTAR SATELLITE LLC and ECHOSTAR TECHNOLOGIES CORPORATION,**
*Defendants-Appellees,*

and

MID-CONTINENT MEDIA, INC., US CABLE
HOLDINGS LP, SJOBERG'S CABLEVISION, INC.,
SAVAGE COMMUNICATIONS INC.,
LORETEL CABLEVISION, CANNON VALLEY
COMMUNICATIONS, INC.,
and ARVIG COMMUNICATIONS SYSTEMS,
*Defendants-Appellees,*

and

COMCAST CABLE COMMUNICATIONS, LLC and
INSIGHT COMMUNICATIONS COMPANY, INC.,
*Defendants-Appellees,*

and

CSC HOLDINGS, INC.,
*Defendant-Appellee,*

and

ARMSTRONG GROUP, WIDE OPEN WEST LLC,
EAST CLEVELAND
CABLE TV AND COMMUNICATIONS LLC, and
MASSILLON CABLE TV INC.,
*Defendants-Appellees,*

and

BLOCK COMMUNICATIONS INC.,
*Defendant-Appellee,*

and

GAME LINK INC., ACMP LLC, CYBERNET
VENTURES INC.,
GLOBAL AVS INC., NATIONAL A-1 ADVERTISING
INC., AEBN INC.,
ADEMIA MULTIMEDIA LLC, AUDIO
COMMUNICATIONS INC.,

**CYBER TREND INC., INNOVATIVE IDEAS INTERNATIONAL LTD. (D.B.A. ADULT REVENUE SERVICES), LIGHTSPEED MEDIA GROUP INC., NEW DESTINY INTERNET GROUP LLC, and VS MEDIA INC.,**
*Defendants-Appellees,*

**and**

**ASKCS.COM INC.,**
*Defendant-Appellee,*

**and**

**OFFENDALE COMMERCIAL LIMITED BV,**
*Defendant-Appellee,*

**and**

**INTERNATIONAL WEB INNOVATIONS INC.,**
*Defendant-Appellee,*

**and**

**CABLE AMERICA CORP.,**
*Defendant-Appellee,*

**and**

**CABLE ONE INC.,**
*Defendant-Appellee,*

**and**

**NPG CABLE INC.,**
*Defendant-Appellee,*

**and**

**TIME WARNER CABLE, INC.,**
*Defendant-Appellee.*

---

2010-1081

Appeal from the United States District Court for the Northern District of California in case no. 05-CV-1114 and MDL case no. 05-1665, Judge James Ware.

## ON MOTION

Before LOURIE, *Circuit Judge.*

## O R D E R

The DIRECTV Group, Inc. moves to strike the joint appendix. Acacia Media Technologies Corporation opposes. DIRECTV replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Acacia is directed to file a replacement appendix in compliance with Fed. R. App. P. 30 and Fed. Cir. R. 30 within 7 days of the date of filing of this order.

FOR THE COURT

AUG 1 1 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 1 2010

JAN HORBALY
CLERK

cc: Roderick G. Dorman, Esq.
Jonathan E. Singer, Esq.
Bobby T. Shih, Esq.
Bradford P. Lyerla, Esq.
Mitchell D. Lukin, Esq.
Benjamin Hershkowitz, Esq.
Annamarie A. Daley, Esq.
David J. Silbert, Esq.
Rachel Krevans, Esq.
Victor Stanley De Gyarfas, Esq.
James M. Slominski, Esq.
Gregory A. Castanias, Esq.
David S. Benyacar, Esq.

s17